IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson-Bunch, Michelle

Printed: 01/13/09

Case Number: 08 B 03549
Judge: Hollis, Pamela S
Filed: 2/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: June 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,390.00 |  |
| Secured: |  | 1,354.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,750.00 |
| Trustee Fee: |  | 285.35 |
| Other Funds: |  | 0.00 |
| Totals: | 4,390.00 | 4,390.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,750.00 | 2,750.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 19,400.00 | 1,354.65 |
| 4. | Illinois Dept of Revenue | Priority | 6,331.54 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 1,101.74 | 0.00 |
| 6. | Cook County Treasurer | Secured |  | No Claim Filed |
| 7. | Tempus Financial Services | Secured |  | No Claim Filed |
| 8. | Westgate Resorts Ltd | Secured |  | No Claim Filed |
| 9. | Internal Revenue Service | Priority |  | No Claim Filed |
| 10. | Collection | Unsecured |  | No Claim Filed |
| 11. | Comcast | Unsecured |  | No Claim Filed |
| 12. | GEMB | Unsecured |  | No Claim Filed |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
| 14. | Danita A Stinson | Unsecured |  | No Claim Filed |
| 15. | Tempus Financial Services | Unsecured |  | No Claim Filed |
| 16. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,583.28 | $ 4,104.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 285.35 |
|  | $ 285.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Johnson-Bunch, Michelle

Printed: 01/13/09

Case Number:  08 B 03549
Judge:  Hollis, Pamela S
Filed:  2/15/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

